IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRAD PAUL SMITH**
ADC #660448                                                                                    **PLAINTIFF**

v.                                       No. 3:23-cv-140-DPM

**FELECIA M. BELL, Sergeant,**
**Grimes Unit, ADC**                                                                          **DEFENDANT**

## ORDER

The Court adopts Magistrate Judge Volpe's well-reasoned, unopposed recommendation, *Doc. 38*. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for judgment on the pleadings, *Doc. 35*, granted. Smith's failure to protect claim against Bell in this case is dismissed without prejudice. Judgment will issue. Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 October 2024