IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRAD PAUL SMITH**
**ADC #660448**                                                               PLAINTIFF

v.                        No. 3:23-cv-140-DPM

FELECIA M. BELL, Sergeant, Grimes Unit,
ADC; TALLEY, Sergeant, Grimes Unit,
ADC; JARAMILLO, Sergeant, Grimes
Unit, ADC; and CANTRELL, Captain,
Grimes Unit, ADC                                                              DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 October 2024